# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV15-8360-GW (ASx) | Date | October 28, 2015 |
|---|---|---|---|
| Title | J.F., a minor, et. al., v.  Redondo Beach Unified School District, et. al., | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff | Attorneys Present for Defendant: |
| N/A | N/S |

**Proceedings:**      **ORDER TO SHOW CAUSE re Petition of Caroline Flint for Appointment of Guardian Ad Litem for Minor Child**

Plaintiffs are ordered to show cause in writing no later than November 6, 2015 why Caroline Flint should be appointed as guardian ad litem for J.F. , a minor child, in light of Caroline Flint's own interest in the litigation as a plaintiff on her own behalf  and failure to state that her appointment will not cause a conflict of interest.  The filing of a petition for appointment which addresses these deficiencies or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.


IT IS SO ORDERED.


cc:    George Wu
       U.S. District Judge