N Jane DuBovy CSB#98817
Mandy S. L. Favaloro, CSB#239482
A2Z Educational Advocates
881 Alma Real Drive # 309
Pacific Palisades, CA 90272
(310) 573-1430 Office
(310) 573 1425 Fax
Email: njdubovy@a2zedad.com

Attorney for Plaintiffs, J.F., Caroline Flint & Charles Flint

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.F., a minor, by and through his guardian ad litem, CAROLINE FLINT; CHARLES FLINT, an individual; AND CAROLINE FLINT, on her own behalf as an individual, <br><br> Plaintiffs, <br> v. <br> REDONDO BEACH UNIFIED SCHOOL DISTRICT; and AARON BENTON, in his individual and official capacity; and ERIC ELWARD, in his individual and official capacity, <br><br> Defendants. | **Case No.  2:15-CV-8360 GW-AS** <br> *Hon. George Wu* <br><br> **DISMISSAL WITH PREJUDICE**; <br> AND ORDER |

On September 30, 2016 parties fully executed a Final Settlement Agreement and

Release ("Agreement") in this matter. On October 18, 2016, the Board approved the

Agreement. Pursuant to that Agreement, Plaintiffs respectfully request that the

United States Court Central District of California dismiss this matter, with

prejudice.

1

2  Dated:  November 14, 2016

3                                                          By:_____/s/_____
                                                                              N Jane DuBovy
4                                                                              Mandy Favaloro
5                                                                    A2Z Educational Advocates
                                                                     Attorneys for Petitioner
6

7

8

**IT IS SO ORDERED**
9

10

11

DATED:  November 16, 2016
12

13

14                                         Hon. George H. Wu,
                                           District Judge of the United States District
15                                         Court for the Central District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DISMISSAL WITH PREJUDICE